IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STONEHENGE HOME SPECIALTIES, LLP., SECOR INVESTMENTS, LLC., CS STRUCTURES, INC.,<br><br>Defendants. | CV-23-31-BU-BMM<br><br>ORDER |

Austin Mutual requested the Court take judicial notice of several documents filed in Montana state district court claiming the documents were "relevant to Austin Mutual's Motion for Summary Judgment (Doc. 14)." (Doc. 33.) The Court denied Austin Mutual's Motion for Summary Judgment (Doc. 14) on November 14, 2023. (Doc. 42.)

### ORDER

Accordingly, **IT IS HEREBY ORDERED** that

Austin Mutual's First Request for Judicial Notice (Doc. 33) is **DENIED as moot**.

DATED this 16th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court