# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- v -<br><br>STONEHENGE HOME SPECIALTIES LLP, SECOR INVESTMENTS, LLC, and CS STRUCTURES, INC.,<br><br>Defendants. | Cause No.: CV-23-31-BU-BMM-JTJ<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, including the stipulation of the parties that any claims that Defendants may have against Plaintiff are not waived or considered compulsory under Fed. R. Civ. P. 13, and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each of the parties bearing their own attorneys' fees and costs, except as otherwise agreed to between the parties.

DATED this 18th day of July, 2024.

_____
Brian Morris, Chief District Judge
United State District Court